**LAW OFFICES OF LORNE M. REITER, LLC**
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

TEL. (212) 222-0955
FAX (212) 202-4784

| | |
|---|---|
| LORNE M. REITER * | NEW JERSEY OFFICE |
| LAURA C. JOHNSON + | 124 FIRST AVENUE |
| SHARON B. MORELAND # | ATLANTIC HIGHLANDS, NJ 07716 |
| | (732) 747-9555 |
| | (732) 626-6800 FAX |
| * ADMITTED NEW YORK & NEW JERSEY | |
| + ADMITTED NEW JERSEY & COLORADO | lreiter@lreiterlaw.com |
| # ADMITTED NEW YORK, NEW JERSEY & MASSACHUSETTS | |

February 13, 2023

District Judge Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re: Chris Pow and Madelaine Valdez v. Armellini Industries Inc. and Jassen Loiseau
Civil action number: 22 Civ. 10908 (KPF)
*Conference date: February 16, 2023*

Honorable Madam:

Our office represents defendants Armellini Express Lines Inc. and Jassen Loiseau with respect to the above-captioned matter.

Kindly accept this correspondence as the parties' joint request for an adjournment of the IPTC scheduled to take place on February 16, 2023.

The plaintiffs' counsel has a medical appointment scheduled for February 16, 2023 that he must attend. The defendants have no objection to the adjournment request, or an adjournment of the conference.

Counsel have consulted and, subject to the court's availability, the parties are able to appear for the IPTC before your Honor on February 23, 2023; February 24, 2023; February 27, 2023; February 28, 2023; and March 1, 2023. If additional proposed dates are required, the parties will provide them at the Court's directive.

Thank you for your consideration.

Respectfully submitted,

*s/Lorne M. Reiter*

LMR:bf                                    LORNE M. REITER
cc:   Roger S. Wareham, Esq.

Application GRANTED.  The initial pretrial conference currently scheduled for February 16, 2023, is hereby ADJOURNED to **February 28, 2023, at 10:30 a.m.**

Dated:     February 13, 2023         SO ORDERED.
           New York, New York

*(signature: Katherine Polk Failla)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE