# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CHRIS POW and MADELAINE VALDEZ,

                Plaintiffs,                22 **CIVIL** 10908 (KPF)

    -against-                                <u>**JUDGMENT**</u>

ARMELLINI INDUSTRIES INC. and JASSEN LOISEAU,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 22, 2025, the Court concludes that Plaintiffs are not entitled to recover damages for their alleged injuries under New York law. Judgment is entered for the Defendants and the case is closed.

**Dated:**  New York, New York

      April 22, 2025

                                                           **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                               **BY:**    *[signature]*

                                                             **Deputy Clerk**