UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRIS POW and MADELAINE VALDEZ,

                Plaintiffs,

            -v.-

ARMELLINI INDUSTRIES INC. and JASSEN LOISEAU,

                Defendants.

22 Civ. 10908 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has reviewed Plaintiffs' *pro se* motions seeking relief from the Judgment. (Dkt. #47, 48). Plaintiffs raise various issues in these motions, including that they have had trouble contacting Mr. Wareham, and that certain records were not produced. At this time, Plaintiffs are still represented by counsel. Accordingly, the Court ORDERS counsel for Defendants to meet and confer with counsel for Plaintiffs, and to file a joint letter regarding the issues raised in Plaintiffs' *pro se* motions, on or before **May 15, 2025**.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiffs at the following address:

    Chris Pow and Madelaine Valdez
    1316 Riverside Drive
    New York, New York 10033

    SO ORDERED.

Dated:  May 1, 2025
          New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge