UNITED STATES District Court
SOUTHERN DISTRICT OF NEW YORK

22 CIV. 10908 (KPF)

CHRIS POW, MADELAINE VALDEZ
           Plaintiffs

                                    Motion to STRIKE Docket #'s
       V
                                    58 Amended Motions

ARMellini Industries Inc.
   and
Jassen Loiseau

**MEMO ENDORSED**

1 - Plaintiffs Respectfully requests, that Amended Motions Docket numbers 58 are Stricken.

Plaintiffs Amended the Original Motion Filed in April 2025 - 29th by Solely Adding number 37 and Wording rule of Federal civil Procedure, and In Error Adding Amended to Also the Original Motion to Alter or Amend Judgement Rule 59(E) Federal civil procedure, Filed on April 29, 2025, Docket number's #47, #48.

2 - Plaintiffs Respectfully request and willfully prefer to Strike Dockets 58 to AVOID any confusion's.
                            Pg 1

3 - Plaintiffs filing of Docket #59 to the court, are supporting Documents To Federal and State Laws regarding Defendants and or Attorneys, Insurance Companys Adjuster and Medical Doctors Affidavits, regarding the Misconduct to the Court by withholding Medical Records to support Medical Doctors Affidavits, Also Withholding Key Material of Facts regarding Live Video and Audio recording, Not Informing the court About 2 Drivers and Not producing to the court All of Pow's and Valdez's Medicals regarding the October 16, 2019 Accident with Armellini Industries Inc. and Jassen Loiseau and John Doe, recieved in 2020 - 2024.

4 - Attached to Docket #59 are also 2 Exhibits, Dr. Tong Li medical Report for Mr Pow for year 2021, which supports Pow's NYS Sever Injury. Due to the Document proving the over the 180 Day mandate for NYS Sever Injury Law and Document Also Details 100% Disability, not to work Due to Injury's under NYS Sever Injury Law. Also All of Mr. Pow's MRI Reports Due to and prove's NYS Severe Injury

Docket number #59, Supporting Documents and Exhibits

For Docket numbers Filed #47, 48 Entry

Dated: July 2, 2025

Respectfully Submitted;
CHRIS POW and MADELAINE VALDEZ
1316 Riverside Dr.
New York, NY 10033

*C. R.*
*M. Valdy*

Application GRANTED. The Clerk of Court is directed to strike docket entry 58.

For the avoidance of doubt, Defendants should direct their response, which is due on or before July 30, 2025 (Dkt. #64), to Plaintiffs' previous motions (Dkt. #47, 48) and the documents in support thereof (Dkt. #59).

The Clerk of Court is further directed to terminate the pending motion at docket entry 65, and to mail this endorsement to Plaintiffs at their address of record.

Dated:    July 9, 2025          SO ORDERED.
          New York, New York

                                *signature*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE