UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS POW and MADELAINE VALDEZ,<br><br>                              Plaintiffs,<br><br>                   -v.-<br><br>ARMELLINI INDUSTRIES INC. and<br>JASSEN LOISEAU,<br><br>                              Defendants. | 22 Civ. 10908 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed Plaintiffs' "supplemental response to docket for motion for relief [under] Federal Rule 60(b) from judgment or order." (Dkt. #72). This document, however, appears unrelated to this action, and it was perhaps filed inadvertently. Plaintiffs have filed several supplemental documents regarding their pending motions for relief from judgment and/or to alter or amend the judgment. (Dkt. #47, 48). The Court has the documents it needs to decide these motions. The Court directs Plaintiffs only to file supplemental briefing if a new, relevant issue of fact or law arises.

The Clerk of Court is directed to strike docket entry 72 from the docket in this action because it was apparently filed in error. The Clerk of Court is further directed to mail a copy of this Order to Plaintiffs at the following address:

    Chris Pow and Madelaine Valdez
    1316 Riverside Drive
    New York, New York 10033

SO ORDERED.

Dated: August 20, 2025
       New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge

2